# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0650
_____

MICHAEL R. PHILLIPS,

Appellant,

v.

KON-STRUCK BUILDERS, INC. and
CCMSI,

Appellees.

_____


On appeal from an order of the Office of the Judges of
Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident: January 3, 2019.


December 4, 2023

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Thomas W. Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Jessica Conner and Bryan Lowe of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellees.